## PECKHAM *v.* PRICE.

---

No. 328, Patent Appeals. Submitted January 12, 1906. Decided January 16, 1906.

HEARING on a motion by the appellee to open the cause and affirm the decision of the Commissioner of Patents in an interference proceeding. *Granted.*

*Mr. Joseph L. Levy* for the motion.

There was no appearance in opposition.

Per CURIAM:

There having been no appearance for the appellant when this case was called for argument, and no brief having been filed in his behalf, this motion is granted in accordance with the provisions of section 9 of rule VIII.